1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   UNITED STATES OF AMERICA, | No.  3:24-po-0181-DMC-1 |
| 12           Plaintiff, | |
| 13        v. | |
| 14   PAUL T. KINGSTON, | |
| 15           Defendant. | |
| 16 | |
| 17   UNITED STATES OF AMERICA, | No.  3:24-po-0182-DMC-1 |
| 18           Plaintiff, | |
| 19        v. | |
| 20   PAUL T. KINGSTON, | |
| 21           Defendant. | |

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1

ORDER

Pending before the Court is Defendant's motion to continue the trial date in these matters, currently set for January 29, 2025, at 10:00 a.m., in Sacramento, California. See ECF No. 8 in case no. 3:24-po-0181-DMC-1. Having considered the moving papers, the government's opposition, and the pending circumstances, including the potential prejudice of a continuance, the Court finds that Defendant has not shown good cause for a continuance. Accordingly, Defendant's motion is DENIED.

IT IS SO ORDERED.

Dated:  January 8, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE